# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| AES COMPASSIONATE CARE, LLC, BAY, LLC, CHAMOUNIX VENTURES, LLC, CRESCO YELTRAH, LLC, GTI PENNSYLVANIA, LLC, GUADCO, LLC, ILERA HEALTHCARE, LLC, KEYSTONE CENTER OF INTEGRATIVE WELLNESS, LLC, PENNSYLVANIA MEDICAL SOLUTIONS, LLC, STANDARD FARMS, LLC, AND THE HEALING CENTER, LLC, | : | No. 99 MM 2018 |
| Appellees | : | |
| v. | : | |
| RACHEL L. LEVINE, MD, SECRETARY, PENNSYLVANIA DEPARTMENT OF HEALTH, | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2018, the Emergency Application to Reinstate the Automatic Supersedeas is hereby DENIED.

    The Applications of Academic Clinical Research Centers and MLH Explorations, LLC to File Amicus Curiae Briefs are hereby GRANTED.